UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEAM CARE MEDICAL CENTERS, INC. | CIVIL ACTION NO: 07-7691 |
| | SECTION "K"(2) |
| VERSUS | |
| | JUDGE DUVAL |
| BANKERS INSURANCE COMPANY | MAGISTRATE WILKINSON |

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Considering the foregoing Motion for Partial Dismissal With Prejudice;

IT IS ORDERED that the claims in the above captioned matter concerning any and all contents covered under the Bankers' policy, including any claims under La.R.S. 22:658 and/or La.R.S. 22:1220, La. Civ. Code arts. 1997 and/or 1998 or any other provision, be and the same are hereby dismissed, with prejudice, and each party shall bear their own costs. The Court acknowledges that the plaintiff is RESERVING ITS RIGHTS TO RECOVERABLE DEPRECIATION IF AND WHEN CONTENTS ARE REPLACED WITHIN BOUNDS OF THE POLICY, AND TO PURSUE CLAIMS OF BUSINESS INTERRUPTION AND/OR EXTRA EXPENSE WHICH MAY BE COVERED UNDER THE POLICY AS WELL AS ANY CLAIM FOR BAD FAITH, COSTS OR FEES, RELATED TO THE BUSINESS INTERRUPTION AND/OR EXTRA EXPENSE CLAIMS and the above dismissal is not adverse to said reservation of rights.

This, the ___29th___ day of _____September_____, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge